1  John E. Bragonje
   Nevada Bar No. 9519
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
3  Las Vegas, NV 89169-5996
   Tel: (702) 949-8200
4  Email: jbragonje@lewisroca.com

5  *Attorneys for Defendant Eastgate Theatre, Inc.*

6

                    **UNITED STATES DISTRICT COURT**
7
                         **DISTRICT OF NEVADA**
8

9  REGAL I, LLC, a Nevada limited liability        Case No.: 2:21-cv-00477-RFB-EJY
   company, f/k/a PEBBLE COMMERCIAL
10 CENTER, LLC,

11              Plaintiff,                          **STIPULATION AND [PROPOSED]**
                                                    **ORDER TO EXTEND**
12 vs.                                              **DEFENDANT'S DEADLINE TO**
                                                    **RESPOND TO PLAINTIFF'S**
13 EASTGATE THEATRE, INC., an                       **APPLICATION FOR TEMPORARY**
   Oregon corporation; DOES individuals I           **WRIT OF RESTITUTION**
14 through X; and ROE Corporations and              **PURSUANT TO NRS 40.300(3) AND**
   Organizations I through V, inclusive,            **MOTION FOR PRELIMINARY**
15                                                  **INJUNCTION PURSUANT TO**
                Defendants.                         **F.R.C.P. 65(a)**
16
                                                    **(First Request)**
17

18

19         Defendant filed an Application for Temporary Writ of Restitution Pursuant to

20  NRS 40.300(3) and Motion for Preliminary Injunction Pursuant to F.R.C.P. 65(a) (ECF

21  11) on April 14, 2021; the response is currently due by April 28, 2021.  The parties have

22  agreed to a two-day extension.  Therefore, it is hereby stipulated and agreed between

23  Plaintiff and counsel of record, Jeffrey Albregts of JEFFREY R. ALBREGTS, LLC and

24  Defendant's counsel of record, John Bragonje of LEWIS ROCA ROTHGERBER

25  CHRISTIE LLP, Defendant's response is due on or before April 30, 2021.

26  / / / /

27  / / / /

28  114292487.1

**IT IS SO STIPULATED:**

JEFFREY R. ALBREGTS, LLC

By : /s/ Jeffrey R. Albregts
Jeffrey R. Albregts (SBN 0066)
Krista N. Albregts (SBN 13301)
JEFFREY R. ALBREGTS, LLC
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106

*Attorneys for Plaintiff Regal I, LLC f/k/a*
*Pebble Commercial Center, LLC*

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

By : /s/ John E. Bragonje
JOHN E. BRAGONJE (SBN 9519)
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

*Attorneys for Defendant Eastgate Theater,*
*Inc.*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED:          April 29, 2021