UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

REGAL I, LLC, a Nevada limited liability
company, f/k/a PEBBLE COMMERCIAL
CENTER, LLC,

      Plaintiff,

v.

EASTGATE THEATRE, INC., an
Oregon corporation; DOES individuals I
through X; and ROE Corporations and
Organizations I through V, inclusive,

      Defendants.

Case No. 2:21-cv-00477-RFB-EJY

**ORDER**

      Pending before the Court are Defendant's Motion for Settlement Conference (ECF No. 23) and Motion to Stay Discovery (ECF No. 24). Defendant states that its Motion for Settlement Conference is unopposed. Defendant further states that it does "not believe" the Motion to Stay Discovery during the pendency of the settlement conference is opposed. The Court finds a settlement conference is properly set. With respect to a stay of discovery, the Court holds that in abeyance with an Order requiring Plaintiff to indicate its agreement or disagreement to Defendant's request.

      Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Settlement Conference (ECF No. 23) is GRANTED.

      IT IS FURTHER ORDERED that the Court shall issue a separate order setting the settlement conference for **Wednesday, October 6, 2021.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

 IT IS FURTHER ORDERED that Plaintiff Regal I, LLC shall file a notice with the Court no later than **Tuesday, August 24, 2021**, stating whether it agrees to a stay of discovery measured from the date of its filing through October 6, 2021.

 Dated this 19th day of August, 2021.


ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE