John E. Bragonje
Nevada Bar No. 9519
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: jbragonje@lewisroca.com

*Attorneys for Defendant Eastgate Theatre, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REGAL I, LLC, a Nevada limited liability company, f/k/a PEBBLE COMMERCIAL CENTER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> EASTGATE THEATRE, INC., an Oregon corporation; DOES individuals I through X; and ROE Corporations and Organizations I through V, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-00477-RFB-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |

Plaintiff filed a Motion for Summary Judgment (ECF 39) on December 10, 2021. Defendant's response is currently due by December 31, 2021. The parties have agreed to a seven-day extension. Therefore, it is hereby stipulated and agreed between Plaintiff and counsel of record, Jeffrey Albregts of JEFFREY R. ALBREGTS, LLC and Defendant's counsel of record, John Bragonje of LEWIS ROCA ROTHGERBER CHRISTIE LLP, Defendant's response is due on or before January 7, 2022.

/ / / /

/ / / /

/ / / /

116281376.1

**IT IS SO STIPULATED:**

| JEFFREY R. ALBREGTS, LLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: */s/ Jeffrey R. Albregts*<br>   Jeffrey R. Albregts (SBN 0066)<br>   Krista N. Albregts (SBN 13301)<br>   701 Shadow Lane, Suite 150<br>   Las Vegas, Nevada 89106 | By: */s/ John E. Bragonje*<br>   John E. Bragonje (SBN 9519)<br>   3993 Howard Hughes Pkwy., Suite 600<br>   Las Vegas, Nevada 89169<br>   Tel: (702) 949-8200<br>   Fax: (702) 949-8398 |
| *Attorneys for Plaintiff Regal I, LLC f/k/a Pebble Commercial Center, LLC* | *Attorneys for Defendant Eastgate Theater, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 20, 2021

116281376.1                                      - 2 -