JEFFREY R. ALBREGTS, ESQ.
Nevada Bar No. 0066
jalbregts@albregtslaw.com
KRISTA N. ALBREGTS, ESQ.
Nevada Bar No. 13301
kalbregts@albregtslaw.com
JEFFREY R. ALBREGTS, LLC
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Telephone: (702) 483-5026
*Attorneys for Plaintiff(s)*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

REGAL I, LLC, a Nevada limited liability company, f/k/a PEBBLE COMMERCIAL CENTER, LLC;

            Plaintiff(s),

v.

EASTGATE THEATRE, INC., an Oregon corporation; DOE individuals I through X; and ROE corporations and organizations I through V, inclusive,

            Defendant/Judgment Debtor.

Case No.: 2:21-cv-00477-RFB-EJY

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO SUBMIT A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Per stipulation of the Parties and Order entered by this Court on December 20, 2021, Defendant was granted a seven-day extension to file its response to Plaintiff's Motion for Summary Judgment, such that it would be due on January 7, 2022 (instead of December 31, 2021). Accordingly, the Parties have agreed to also extend the deadline for Plaintiff to file a Reply brief in support of its Motion For Summary Judgment. Therefore,

//

//

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and its counsel of record, Jeffrey Albregts of JEFFREY R. ALBREGTS, LLC and Defendant's counsel of record, John Bragonje of LEWIS ROCA ROTHGERBER CHRISTIE LLP, that Plaintiff's Reply in support of its Motion For Summary Judgment be due on or before January 18, 2022.

DATED this 13th day of January, 2022.

| JEFFREY R. ALBREGTS, LLC | LEWIS ROCA ROTHGERBER CHRISTIE, LLP |
|---|---|
| _____ | _____/s/_____ |
| KRISTA N. ALBREGTS, ESQ. | JOHN BRAGONJE, ESQ. |
| Nevada Bar No. 13301 | Nevada Bar No. 9519 |
| *Attorneys for Plaintiff Regal I., Inc.* | *Attorneys for Defendant Eastgate Theatre, Inc.* |

**ORDER**

IT IS SO ORDERED.

ENTERED: _____

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 16th day of January, 2022.

Thursday, January 13, 2022 at 17:23:28 Pacific Standard Time

| | |
|---|---|
| **Subject:** | RE: Regal Reply In Support of MSJ |
| **Date:** | Thursday, January 13, 2022 at 5:22:43 PM Pacific Standard Time |
| **From:** | Bragonje, John |
| **To:** | Krista Albregts |//
| **Attachments:** | image001.png, image005.png, image006.png, image007.png |

Yes.

**John Bragonje**
Partner

jbragonje@lewisroca.com
D. 702.474.2625

**LEWIS ROCA**

---

**From:** Krista Albregts <kalbregts@albregtslaw.com>
**Sent:** Thursday, January 13, 2022 5:21 PM
**To:** Bragonje, John <JBragonje@lewisroca.com>
**Subject:** Re: Regal Reply In Support of MSJ

**[EXTERNAL]**

I didn't see it on the docket, so I wanted to be on the safe side.  Is the attached SAO acceptable?

**From:** Bragonje, John <JBragonje@lewisroca.com>
**Date:** Thursday, January 13, 2022 at 4:59 PM
**To:** Krista Albregts <kalbregts@albregtslaw.com>
**Subject:** RE: Regal Reply In Support of MSJ

By the way, I show your reply due the 21st—the day of the hearing.  You might want to check the docket.  But I'll sign whatever you want.

**John Bragonje**
Partner

jbragonje@lewisroca.com
D. 702.474.2625

**LEWIS ROCA**

---

**From:** Krista Albregts <kalbregts@albregtslaw.com>
**Sent:** Thursday, January 13, 2022 4:57 PM
**To:** Bragonje, John <JBragonje@lewisroca.com>
**Subject:** Regal Reply In Support of MSJ

**[EXTERNAL]**